ACCEPTED
1-14-00438
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/29/2015 10:24:47 AM
CHRISTOPHER PRIN
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/29/2015 10:24:47 AM
CHRISTOPHER A. PRINE
Clerk



**TO**

Don R. Johnson
4008 Louetta Rd. #274
Spring, TX 77388

**From** Tina Andrews
Attorney at Law
P.O. Box 655
Bellaire, TX 77402

UNITED STATES POSTAL SERVICE

**PRIORITY MAIL®**

For Domestic
and International Use



**FROM:**



420 77388 9502 6000 2865 4115 0002 15

ZIP

**USPS CERTIFIED MAIL**

SPRING TX 77388



SHIP
TO:
0004

EXPECTED DELIVERY 04/28/2014          2 LB. 14.00 OZ.

**PRIORITY MAIL 2-DAY™**

**P**

U.S. POSTAGE
$15.20
PM 2-DAY
22201 0004
APC




A24040425 18 1806
Date of sale
04/25/14
06   2500
02082822246

PRIORITY MAIL
POSTAGE REQU